1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

9

AT SEATTLE

10 UNITED STATES OF AMERICA,          )
                                     )   NO.    CR04-543RSM
11              Plaintiff,            )
                                     )   ORDER DENYING
12       v.                          )   DEFENDANT'S MOTION
                                     )   FOR MODIFICATION TO
13 MATTHEW DANIEL JONES,             )   APPEARANCE BOND
                                     )
14              Defendant.           )
   _____   )

15

16       THIS MATTER having come before the Court upon a motion by the Defendant to

17 modify the conditions of his appearance bond to allow him to travel outside the Western

18 District of Washington, and based upon that motion, the affidavits submitted, the reports

19 of Pre-Trial Services and the entirety of the records and files herein, the Court FINDS

20 and RULES as follows:

21       1.     The defendant is pending sentencing in this court on September 2, 2005.  The

22 government has indicated that it will be recommending a sentence that will include a

23 substantial period in custody based on the loss amounts of between $1 million and $1.5

24 million.

25       2.     The defendant indicates that he wishes to travel to Norway in order to obtain

26 United States citizenship status for his infant son.  However, by statute, defendant has

27 until his son's 18th birthday to complete the application requirements.  Thus, there is no

28 immediate or pressing need for him to travel prior to his scheduled sentencing date.

Order Denying Defendant's Motion for Modification

3.   The Magistrate Judge's decision will be affirmed.


         DATED this __8th____day of ___July_____, 2005.




                                    _____
                                    RICARDO S. MARTINEZ
                                    UNITED STATES DISTRICT JUDGE

Order Denying Defendant's Motion for Modification

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970