.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR04-543RSM |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MATTHEW D. JONES, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge:

The Warrant for Arrest issued December 8, 2005 is hereby QUASHED. The government has advised the Court that it will withdraw the alleged bond violation. The defendant is hereby released from custody pending a hearing on the Motion to Withdraw Plea set for January 6, 2006 at 2:00 p.m. All conditions of supervision previously imposed remain in full force and effect.

DATED this 16th day of December, 2005.

BRUCE RIFKIN, Clerk

By  /s/ Lowell Williams

MINUTE ORDER

Deputy Clerk

MINUTE ORDER